1 **CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Youn Hemelin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00115-MJS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE TO DECEMBER 2, 2014** |
| YOUN HEMELIN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for October 8, 2014, **be continued to December 2, 2014, at 10:00 A.M.**  Defense counsel has a conflict in Fresno on October 8, 2014.

Dated:  October 6, 2014                   /s/ Carol Ann Moses
                                          CAROL ANN MOSES
                                          Attorney for Defendant,
                                          YOUN HEMELIN


Dated:  October 6, 2014                   /s/ Matthew McNease
                                          MATTHEW McNEASE
                                          Legal Officer
                                          National Park Service

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO DECEMBER 2, 2014

1

**ORDER**

Good cause appearing, the above Stipulation to CONTINUE INITIAL APPEARANCE TO DECEMBER 2, 2014 in CASE NO. 6:14-mj-00115-MJS is approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 6, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE