1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, Youn Hemelin

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO.  6:14-mj-00115-MJS |

12 |         Plaintiff,           |                             |

13 |    v.                        | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 21, 2015; ORDER THEREON** |

14 | YOUN HEMELIN,                |                             |

15 |         Defendant.           |                             |

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Initial Appearance in the above captioned matter set

19 for December 2, 2014, **be continued to January 21, 2015, at 10:00 A.M.**  Defense counsel has a

20 conflict in Fresno on December 2, 2014.

21 Dated:  November 25, 2014                /s/ Carol Ann Moses
                                            CAROL ANN MOSES
22                                          Attorney for Defendant,
                                            YOUN HEMELIN
23

24

25 Dated:  November 25, 2014                /s/ Matthew McNease
                                            MATTHEW McNEASE
26                                          Legal Officer
                                            National Park Service
27

28

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO JANUARY 21, 2015

1

ORDER

The above STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 21, 2015 in CASE NO. 6:14-mj-00115-MJS is hereby approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   November 25, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE